460 A.2d 851

Commonwealth v. McKahan, Appellant.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.
The judgment of sentence of the lower court is affirmed.

· 460 A.2d 851

Commonwealth v. Porter, Appellant.

Before CAVANAUGH, BECK and MONTEMURO, JJ.
Judgment of sentence affirmed.